B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **SMART FONE DOCTOR INC.**                                    Case No.  **26-10427**
Debtor(s)                                                             Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ |
   | Prior to the filing of this statement I have received | $ |
   | Balance Due | $ |

   ■ **RETAINER**

   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $  **10,000.00** |
   | The undersigned shall bill against the retainer at an hourly rate of | $  **350.00** |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **RAFIQUL BHUIYAN**

3. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):    **RAFIQUL BHUIYAN AND/OR DEBTOR**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. [List other services that counsel has agreed to provide]
      **ALL CONTESTED MATTERS & CLAIM OBJECTIONS ; PREPARATION OF CH 11 PLAN AND AMENDED PLANS**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **ADVERSARY PROCEEDINGS W/O PRIOR COMPENSATION AGREEMENT**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 8, 2026**                              **/s/ TIM ZEARFOSS, ESQ**
*Date*                                             **TIM ZEARFOSS, ESQ**
                                                   *Signature of Attorney*
                                                   **LAW OFFICE OF TIMOTHY ZEARFOSS**
                                                   **1601 SPRING GARDEN STREET**
                                                   **UNIT G117**
                                                   **PHILADELPHIA, PA 19130**
                                                   **610-734-7001**
                                                   **TZEARFOSS@AOL.COM**
                                                   *Name of law firm*