**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:                              :   Br. No. 26-10427
SMART PHONE DOCTOR, INC.            :
         Debtor.                    :   Chapter 11
```

**DECLARATION OF PROPOSED ATTORNEY PURSUANT TO B.R. 2014(a)**

I, Timothy Zearfoss, the declarant herein, in support of the foregoing Application of Debtor to Employ and Appoint Attorney, deposes and says that:

1. I am an attorney duly admitted to practice in this state and also duly admitted to practice in this Court;

2. I maintain my principle office at 1601 Spring Garden Street, Unit G117, Philadelphia PA 19130.

3. On February 2, 2026 (the "petition date"), the debtor filed a Voluntary Petition for Reorganization as a small business under Chapter 11, Subchapter V of the Bankruptcy Code.

4. Since the petition date, the debtor has continued in the management and operation of its business and property as a debtor-in-possession pursuant to 11 U.S.C. Sec. 1184.

5. The legal services which I will provide on the debtor's behalf include all legal services necessary and appropriate in the administration of this Subchapter V case and as set forth in more detail in the foregoing Application of Debtor to Employ and Appoint Attorney and incorporated herein.

6. In connection with my representation of the debtor and pursuant to the fee agreement entered into with the debtor, I will be rendering professional services on an hourly basis at the current rate of $350.00 per hour.

7. In connection with my representation of the debtor and pursuant to the fee agreement entered into with the debtor, on February 1, 2026, I received from the debtor's President Rafiqul Bhuiyan a $10000.00 attorney fee retainer prior to the filing of the bankruptcy petition in this case, which the debtor's president represented to be derived from his personal income, as a general advance retainer fee which is being held in escrow to be applied to future billings after approval of the Bankruptcy Court.

8. Prior to receipt of the retainer, on January 31, 2026, I rendered professional services totaling 1.5 hours at $350.00 per hour in preparation for the initial meeting with the debtor's president to be held in person February 1, 2026. Thereafter, between February 1, 2026 and February 2, 2026, I rendered additional professional services totaling 6.0 at $350.00 per hour after receiving the retainer and prior to the filing of this bankruptcy case.

9. The total pre-petition services amount to $2625.00 and have been deducted from the retainer and are listed in TABLE 1 pursuant to L.B.R 2014-1(b)(2):

**TABLE I**

| Payment Date | Total Received | Amt. Applied to Svcs. Prior to Recipt | Amt. Applied to Svcs. After Rec. | Ret. Bal. Pet. Date |
|---|---|---|---|---|
| 2/1/26 | $10,0000.00 | $525.00 | $2100.00 | $7375.00 |

10. Prior to being retained in this matter, I have never represented the debtor, or the debtor's President.

11. To the best of my knowledge, I am an otherwise disinterested person and represent no interest adverse to Smart Fone Doctor Inc, as Debtor-in-Possession herein or to the bankruptcy estate herein, or to its President, Rafiqul Bhuyian.

I verify that the statements made in this declaration are true and correct to the best of my knowledge, information and belief. I understand that false statements made herein are made subject to the penalties of 18 Pa. C.S. Sec. 4904 relating to unsworn falsifications to authorities.

/s/Timothy Zearfoss, Esquire
Timothy Zearfoss, Esquire