**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :  Br. No. 26-10427
SMART PHONE DOCTOR, INC.            :
            Debtor.                 :  Chapter 11

<u>**O R D E R**</u>

AND NOW, this _____ day of _____, 2026, upon Application of Smart Fone Doctor, Inc., as debtor-in-possession, for authority to employ and appoint Timothy Zearfoss, Esquire to represent it herein, and upon the annexed verified declaration of Timothy Zearfoss, Esquire, it is hereby:

ORDERED and DECREED that the debtor is authorized to employ and appoint Timothy Zearfoss, Esquire, to represent it in all matters arising in the within case.

BY THE COURT:

_____
                                              J.