**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:                              :    Br. No. 26-10427
SMART PHONE DOCTOR, INC.            :
        Debtor.                     :    Chapter 11
```

**CERTIFICATE OF SERVICE**

I, Timothy Zearfoss, Esquire, hereby certify under penalty of perjury that on February 8, 2026, I did cause a true and correct copy of the document described below to be served on the parties listed on the below mailing list either via the CM/ECF system to all parties registered to receive electronic notice via the CM/ECF system and to all others by e-mail or US First Class mail as indicated below:

Document: Application to Employ Timothy Zearfoss, Esq.

Date: 2/8/26                              /s/Timothy Zearfoss, Esq.
                                             Timothy Zearfoss, Esq

**VIA EMAIL:**
Rafiqul Bhuian, President
Smart Fone Doctor, Inc.
33 S. 52nd St.
Phila. PA 19139

**VIA CM/ECF SYSTEM:**
Rachel Wolf, Esquire
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Ste. 320
Phila. PA 19107

Leona Mogavero, Esquire, Chapter V Trustee
2005 Market St., 11th Flr.
Phila. PA 19103

Pamela Thurmond, Esquire
City of Phila. Law Dept.
1401 JFK Blvd., 5th Flr.
Phila. PA 19102